AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 06, 2016

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:16-MJ-04190-MKD |
| JOSE ALBERTO ABUNDIZ | ) | |
| | ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   08/15/2016   in the county of   Yakima   in the   Eastern   District of
Washington   , the defendant violated   21   U. S. C. §   841(a)(1)   , an offense described as follows:

did knowingly and intentionally distribute Methamphetamine, a Schedule II controlled substance.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Alfonso Garcia*

*Complainant's signature*

`···`fonso Garcia, Task Force Agent, FBI

*Printed name and title*

☑  Sworn to telephonically and signed electronically.

☐  Sworn to before me and signed in my presence.

Date:    **9-6-16**

*Judge's signature*

City and state:    Spokane, Washington

JOHN T. RODGERS, U.S. Magistrate Judge

*Printed name and title*

AUSA assigned: AG
Yakima County