FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2016

SEAN F. McAVOY, CLERK

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ilifonso Garcia, being first duly sworn, hereby depose and state as follows:

In August of 2016, your Affiant was notified by SA Monte Shaide (FBI) of a federal search warrant that was executed by the FBI. Your Affiant was told by SA Shaide that approximately five ounces of methamphetamine was seized from a residence, and that the methamphetamine field tested positive for amphetamine. As a result, an individual in the residence that was in possession of the methamphetamine agreed to cooperate for consideration/leniency with future criminal charges. The individual arrested by SA Shaide is hereafter referred to as Confidential Human Source ("CHS4"). In August of 2016, your Affiant was told by SA Ronald Ribail (FBI) that he conducted a criminal background history check on CHS4, and the criminal background history revealed CHS4 has two felony convictions and several misdemeanor convictions. The felony convictions are violations for theft and criminal endangerment. The misdemeanor convictions are violations for assault on a family member, obstruct a peace officer, possession of dangerous drugs, and minor in possession of alcohol.

Your affiant reviewed an FBI report and was notified by SA Shaide that in August of 2016, CHS4 traveled to Yakima, WA to obtain the five ounces of methamphetamine that was seized. CHS4 obtained the methamphetamine from an individual known as "Scarface." CHS4 subsequently identified "Scarface" as

JOSE ALBERTO ABUNDIZ, hereafter referred to as ABUNDIZ, from a photograph minus any identifiers50.  Your Affiant reviewed an FBI report where CHS4 identified 1104 South 48th Avenue, Yakima, WA 98908, as the location CHS4 normally met ABUNDIZ to obtain methamphetamine.  Surveillance conducted by your Affiant, Yakima Police Department Patrol Officers, Officer Lisa Tavarez and have observed ABUNDIZ at 1104 South 48th Avenue, Yakima, WA over the last several months.   As of late August of 2016, your Affiant has observed ABUNDIZ at 1104 South 48th Ave residence.

   Your Affiant reviewed a report and was notified by SA Shaide, that on or about May of 2016, CHS4 met ABUNDIZ.  During the first three months, CHS4 traveled to Yakima four times per month, totaling between 10 and 12 trips.  During the last month, CHS4 has traveled to Yakima between six and eight times.  CHS4 estimated that he/she transported between two and three pounds of methamphetamine every trip, and that he/she purchased the methamphetamine from ABUNDIZ.  Sometimes CHS4 paid ABUNDIZ for the methamphetamine and sometimes it was given to CHS4 to be paid for at a later time.  The initial price for a pound was $6,500 but recently CHS4 was paying $5,000 per pound of methamphetamine.  CHS4 has traded weapons, including rifles and handguns to ABUNDIZ for methamphetamine.

   Your Affiant reviewed an FBI report detailing and was informed by SA Shaide

that in August of 2016, CHS4 observed numerous firearms at ABUNDIZ's residence, 1104 South 48th Avenue, Yakima, WA. ABUNDIZ is always known to have a firearm in his possession. In August of 2016, ABUNDIZ was seen carrying an AK-47 around the residence. CHS4 also observed between 30 and 50 firearms that belong to ABUNDIZ, including handguns and rifles, in the trunk of a vehicle that was parked in the middle bay of the garage at the residence.

   Your Affiant reviewed an FBI report and was informed by SA Shaide that CHS4 provided that ABUNDIZ always has methamphetamine at 1104 South 48th Ave residence. Since August of 2016, CHS4 observed what was estimated to be 20 pounds of methamphetamine in the upstairs of the residence. CHS4 estimated that on average there were five to ten pounds of methamphetamine inside the residence.

   Your Affiant reviewed an FBI report and was informed by SA Shaide that CHS4 provided ABUNDIZ's telephone number as 509-759-2116. The Yakima Safe Streets Task Force is aware that this is a telephone number utilized by ABUNDIZ. A review of telephone records show contact between CHS4's telephone number and ABUNDIZ's telephone number.

   Your affiant was informed by SA Shaide, during the third week of August of 2016, CHS4 made two recorded calls to ABUNDIZ. During the calls, they agree that CHS4 will travel to Yakima to meet with ABUNDIZ to purchase

methamphetamine.

During the last week of August 2016, CHS4 purchased approximately half a pound of methamphetamine from ABUNDIZ at 1104 South 48th Ave, Yakima, WA on behalf of your Affiant and the Yakima Safe Streets Task Force. The narcotics purchase was recorded and surveillance was conducted during the purchase by your Affiant and other law enforcement. Your Affiant was informed by SA Ribail, who interviewed CHS4, that during the purchase, CHS4 observed a black Glock handgun on a chair that ABUNDIZ was sitting in, after he stood up. Approximately three and a half pounds of methamphetamine was contained in a Tupperware container located on a table inside the attached garage. ABUNDIZ removed the half pound that was sold to CHS4 from the Tupperware and weighed it on a digital scale also on the table. CHS4 paid ABUNDIZ for the methamphetamine. A review of the video by your Affiant confirmed the presence of methamphetamine in the attached garage at the 1104 South 48th Ave residence and that ABUNDIZ sold the methamphetamine to CHS4. The half a pound of methamphetamine that CHS4 purchased from ABUNDIZ was obtained by your Affiant, and through your Affiant's training and experience, your Affiant was able to confirm the crystallized substance was suspected methamphetamine. In the presence of SA Ribail, your Affiant conducted a field test on the suspected methamphetamine. A presumptive positive reading for the presence of

amphetamine was obtained.

On September 1, 2016, a criminal background check was conducted on ABUNDIZ by your Affiant, and the criminal background check revealed that ABUNDIZ has four felony convictions that include violations for control substances with intent to deliver and possession of a stolen firearm.  Additionally, ABUNDIZ has two gross misdemeanor and two misdemeanor convictions. ABUNDIZ's gross misdemeanor convictions include violations for making a false statement, and obstructing a law enforcement officer. The misdemeanor convictions include violations for firearm/dangerous weapon violation and drug paraphernalia.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_____
Ilifonso Garcia, Task Force Agent
Federal Bureau of Investigations

SUBSCRIBED ELECTRONICALLY AND SWORN TO TELEPHONICALLY before me this **6th** day of September, 2016.

_____
John T. Rodgers
United States Magistrate Judge