CLOSED,APPEAL,ComRel,FORFEIT-NOTICE,LC01,LOCATION-CUSTODY

# Eastern District of Washington
# U.S. District Court (Yakima)
# CRIMINAL DOCKET FOR CASE #: 1:16-cr-02066-RMP All Defendants

Case title: USA v. Abundiz
Magistrate judge case number: 1:16-mj-04190-MKD

Date Filed: 09/13/2016
Date Terminated: 10/19/2017

Assigned to: Judge Rosanna Malouf Peterson

**Defendant (1)**

**Jose Alberto Abundiz**
*TERMINATED: 10/19/2017*

represented by **Jose Alberto Abundiz**
11828-085
SHERIDAN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 5000
SHERIDAN, OR 97378
PRO SE

**Jeremy B Sporn**
Federal Defenders - YAK
Eastern Washington
306 East Chestnut Avenue
Yakima, WA 98901
509-248-8920
Email: jeremy_sporn@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Federal Public Defender - YAK**
Federal Defenders - YAK
Eastern Washington
306 East Chestnut Avenue
Yakima, WA 98901
Email: mary_dehnhoff@fd.org
*TERMINATED: 09/12/2016*
*Designation: Public Defender or Community Defender Appointment*

**Gregory Lee Scott**

Gregory Scott Law Office
PO Box 701
6 South Second Street
Suite 208
Yakima, WA 98907-0701
509-574-0991
Fax: 509-574-3177
Email: gregory@scottlaw.net
*TERMINATED: 07/20/2020*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21 USC 841(a)(1) - DISTRIBUTION OF A CONTROLLED SUBSTANCE (Methamphetamine) (1) | Defendant sentenced to 150 months. 5 years Supervised Release. Waive fine. $100 SPA. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) DISTRIBUTION OF A CONTROLLED SUBSTANCE | |

**Plaintiff**

**USA**　　　represented by　**Ian Lloyd Garriques**
U S Attorney's Office - YAK
402 E Yakima Avenue
Suite 210
Yakima, WA 98901-2760
509-454-4425
Fax: 509-249-3297
Email: ian.garriques@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Alvin Lee Guzman
U S Attorney's Office - YAK
402 E Yakima Avenue
Suite 210
Yakima, WA 98901-2760
509-454-4425
Fax: 509-249-3297
*TERMINATED: 12/29/2016*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2020 | 78 | 9CCA Payment Notification form as to Jose Alberto Abundiz (1) re 77 9CCA Notice of Appeal. Fee Not Paid. (AN, Courtroom Deputy) (Entered: 08/19/2020) |
| 08/19/2020 | 77 | NOTICE OF APPEAL by Jose Alberto Abundiz (1) re 76 Order on Motion to Reduce Sentence, Order on Motion to Expedite, Order on Motion to Appoint Counsel. cc: Court Reporter: Lynette Walters, Contract Court Reporters: Dani Craver, Phyllis Lykken. (Attachments: # 1 Declaration, # 2 Transmittal Envelope)(AN, Courtroom Deputy) (Entered: 08/19/2020) |
| 08/07/2020 | 76 | ORDER ON DEFENDANT'S MOTION 74 FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) - (COMPASSIONATE RELEASE); DENYING WITH PREJUDICE 74 Motion to Reduce Sentence, Motion to Expedite and Motion to Appoint Counsel as to Jose Alberto Abundiz (1). Signed by Judge Rosanna Malouf Peterson. (Service of Notice on parties not registered as users of the Court CM/ECF system accomplished via USPS mail.)(AN, Courtroom Deputy) Modified on 8/10/2020 add service of notice (AN, Courtroom Deputy). (Entered: 08/07/2020) |
| 08/04/2020 | 75 | Sealed attachments in support of Motion for Compassionate Release as to Jose Alberto Abundiz (1). (Attachments: # 1 Exhibit B, # 2 Affidavit, # 3 Attachment)(AN, Courtroom Deputy) (Entered: 08/06/2020) |
| 08/04/2020 | 74 | MOTION/Request for Transfer to Home Confinement or Compassionate Release Due to COVID-19 Concerns; MOTION/Request for Emergency Expedited Consideration; and Construed MOTION for Appointment of Counsel. MOTION to Reduce Sentence and MOTION to Appoint Counsel ( Motion Hearing set for **9/3/2020** Without Oral Argument before Judge Rosanna Malouf Peterson.), MOTION to Expedite ( Motion Hearing set for **8/11/2020** Without Oral Argument before Judge Rosanna Malouf Peterson.) filed by Jose Alberto Abundiz (1). (Attachments: # 1 Transmittal Envelope)(AN, Courtroom Deputy) (Entered: 08/06/2020) |
| 07/20/2020 | 72 | Ex Parte ORDER as to Jose Alberto Abundiz (1). Applicable Party: Jose Alberto Abundiz. (cc: Defendant at Sheridan FCI). Signed by Judge Rosanna Malouf Peterson. (AN, Courtroom Deputy) (Entered: 07/20/2020) |
| 07/17/2020 | 71 | Ex Parte Document by Jose Alberto Abundiz (1) as to Jose Alberto Abundiz (1) (Sporn, Jeremy) (Entered: 07/17/2020) |

| Date | No. | Description |
|---|---|---|
| 02/08/2018 | 70 | Judgment Returned Executed as to Jose Alberto Abundiz on 12/15/2017 re 68 Judgment (CV, Case Administrator) (Entered: 02/08/2018) |
| 10/19/2017 | 68 | JUDGMENT as to Jose Alberto Abundiz (1), Count 1, Defendant sentenced to 150 months. 5 years Supervised Release. Waive fine. $100 SPA. Signed by Judge Rosanna Malouf Peterson. (SK, Case Administrator) (Entered: 10/19/2017) |
| 10/18/2017 | 67 | Minute Entry for proceedings held before Judge Rosanna Malouf Peterson: Motion Hearing as to Jose Alberto Abundiz (1) held on 10/18/2017 re 63 MOTION to Continue *Sentencing* filed by Jose Alberto Abundiz, 64 MOTION to Expedite filed by Jose Alberto Abundiz, Sentencing held on 10/18/2017 for Jose Alberto Abundiz (1), Count 1: Defendant sentenced to 150 months. 5 years Supervised Release. Waive fine. $100 SPA. (Reported/Recorded by: Dani Craver) (MF, Courtroom Deputy) (Entered: 10/18/2017) |
| 10/17/2017 | 66 | NOTICE OF HEARING ON MOTION - By Court - Text entry;no PDF document. - Oral Argument Requested re 64 MOTION to Expedite , 63 MOTION to Continue *Sentencing* : as to Jose Alberto Abundiz (1) Motion to Continue Hearing set for **10/18/2017 at 01:30 PM** Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. (MF, Courtroom Deputy) (Entered: 10/17/2017) |
| 10/17/2017 | 65 | NOTICE OF HEARING - By Court - Text entry;no PDF document - as to Jose Alberto Abundiz (1) **TIME CHANGE ONLY.** Sentencing set for **10/18/2017 at 01:30 PM** in Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. (MF, Courtroom Deputy) (Entered: 10/17/2017) |
| 10/16/2017 | 64 | MOTION to Expedite by Jose Alberto Abundiz (1). Motion Hearing set for 10/23/2017 Without Oral Argument before Judge Rosanna Malouf Peterson. (Scott, Gregory) (Entered: 10/16/2017) |
| 10/16/2017 | 63 | MOTION to Continue *Sentencing* by Jose Alberto Abundiz (1). Motion Hearing set for 10/16/2017 Without Oral Argument before Judge Rosanna Malouf Peterson. (Scott, Gregory) (Entered: 10/16/2017) |
| 08/31/2017 | 62 | SENTENCING MEMORANDUM by USA as to Jose Alberto Abundiz (1) (Garriques, Ian) (Entered: 08/31/2017) |
| 08/29/2017 | 61 | NOTICE OF HEARING - By Court - Text entry;no PDF document - as to Jose Alberto Abundiz (1)The hearing is RESET because the Court will be in trial beginning on 9/5/2017. Sentencing set for 9/7/2017 is **RESET to 10/18/2017 at 02:30 PM** in Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. (MF, Courtroom Deputy) (Entered: 08/29/2017) |
| 06/28/2017 | 56 | ORDER REGARDING SCHEDULE FOR SENTENCING as to Jose Alberto Abundiz (1). **Sentencing set for 9/7/2017 at 1:30 PM in Yakima, Courtroom 324, before Judge Rosanna Malouf Peterson**. Signed by Judge Stanley A Bastian. (PL, Case Administrator) (Entered: 06/28/2017) |
| 06/28/2017 | 55 | |

|  |  |  |
|---|---|---|
|  |  | ORDER ACCEPTING GUILTY PLEA. Jose Alberto Abundiz (1) enters guilty plea on Count 1 of the Indictment. Signed by Judge Stanley A Bastian. (PL, Case Administrator) (Entered: 06/28/2017) |
| 06/28/2017 | 54 | PLEA AGREEMENT as to Jose Alberto Abundiz (1). (SK, Case Administrator) (Entered: 06/28/2017) |
| 06/28/2017 | 53 | Minute Entry for proceedings held before Judge Stanley A Bastian: Change of Plea Hearing as to Jose Alberto Abundiz (1) held on 6/28/2017. (Reported/Recorded by: Lynette F. Walters) (LMM, Courtroom Deputy) (Entered: 06/28/2017) |
| 06/20/2017 | 52 | NOTICE OF HEARING - By Court - Text entry;no PDF document - as to Jose Alberto Abundiz (1) Change of Plea Hearing set for **6/28/2017 at 01:15 PM in Yakima Courtroom 203 before Judge Stanley A Bastian.** (MF, Courtroom Deputy) (Entered: 06/20/2017) |
| 03/22/2017 | 50 | WAIVER of Speedy Trial by Jose Alberto Abundiz (CV, Case Administrator) (Entered: 03/22/2017) |
| 03/22/2017 | 49 | PRETRIAL ORDER AND ORDER MEMORIALIZING COURT'S ORAL RULINGS as to Jose Alberto Abundiz; granting Defendant's oral motion to continue; Jury Trial is RESET from 5/8/2017 to **7/24/2017 at 09:00 AM in Yakima** Courtroom 324 before Judge Rosanna Malouf Peterson, with a Final Pretrial Conference **08:30 AM**. Pretrial Conference set for **7/12/2017 at 01:30 PM in Yakima** Courtroom 324 before Judge Rosanna Malouf Peterson. Excludable Speedy Trial Act Time from 5/8/17 - 7/24/17. Signed by Judge Rosanna Malouf Peterson. (CV, Case Administrator) (Entered: 03/22/2017) |
| 03/22/2017 | 48 | Minute Entry for proceedings held before Judge Rosanna Malouf Peterson: Pretrial Conference as to Jose Alberto Abundiz (1) held on 3/22/2017 (Reported/Recorded by: Lynette F. Walters) (KW, Case Administrator) (Entered: 03/22/2017) |
| 03/14/2017 | 47 | NOTICE OF HEARING - By Court - Text entry;no PDF document - as to Jose Alberto Abundiz (1) **TIME CHANGE ONLY.** Pretrial Conference set for **3/22/2017 at 02:00 PM** in Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. (MF, Courtroom Deputy) (Entered: 03/14/2017) |
| 03/01/2017 | 46 | NOTICE *and Information of Defendant's Prior Criminal Convictions Applicable to the Instant Case* by USA as to Jose Alberto Abundiz (1) (Garriques, Ian) (Entered: 03/01/2017) |
| 01/12/2017 | 45 | PRETRIAL ORDER AND ORDER MEMORIALIZING COURT'S ORAL RULINGS as to Jose Alberto Abundiz; granting Defendant's oral motion to continue; Pretrial Conference set for **3/22/2017 at 03:00 PM in Yakima** Courtroom 324 before Judge Rosanna Malouf Peterson. Jury Trial set for **5/8/2017 at 09:00 AM in Yakima** Courtroom 324 before Judge Rosanna Malouf Peterson, with a Final Pretrial Conference at **08:30 AM**. Excludable Speedy Trial Act Time from 3/13/17 - 5/8/17. Signed by Judge Rosanna Malouf Peterson. (CV, Case Administrator) (Entered: 01/12/2017) |
|  |  |  |

| | | |
|---|---|---|
| 01/12/2017 | 44 | WAIVER of Speedy Trial by Jose Alberto Abundiz (CV, Case Administrator) (Entered: 01/12/2017) |
| 01/12/2017 | 43 | Minute Entry for proceedings held before Judge Rosanna Malouf Peterson: Pretrial Conference as to Jose Alberto Abundiz (1) held on 1/12/2017. (Reported/Recorded by: Lynette F. Walters) (MF, Courtroom Deputy) (Entered: 01/12/2017) |
| 01/06/2017 | | Set/Reset Deadlines/Hearings as to Jose Alberto Abundiz (1): Pretrial Conference set for **1/12/2017 at 10:00 AM** in Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. ECF No. 41 states that this pretrial conference hearing will be held however it was inadvertently cancelled. The hearing is to be held on 1/12/2017. (MF, Courtroom Deputy) (Entered: 01/06/2017) |
| 12/29/2016 | 42 | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL on Behalf of USA Attorney Alvin L. Guzman has withdrawn. Attorney Ian L. Garriques is substituted re defendant Jose Alberto Abundiz (1) (Attorney Ian Lloyd Garriques added to party USA(pty:pla))(Garriques, Ian) (Entered: 12/29/2016) |
| 12/19/2016 | 41 | ORDER GRANTING MOTION TO CONTINUE TRIAL AND MOTION TO EXPEDITE HEARING OF THE SAME. Granting 36 Motion to Continue as to Jose Alberto Abundiz (1). Granting 37 Motion to Expedite. Jury Trial RESET from 2/6/2017 to 3/13/2017 at 9:00 AM in Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. Pretrial Conference RESET from 1/12/17 to 2/22/2017 at 3:30 PM in Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. Final Pretrial Conference RESET for 3/13/2017 at 8:30 AM in Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. Time between 2/6/17 to 3/13/17 AND 12/7/16 to 12/19/16 is DECLARED EXCLUDABLE for purposes of computing speedy trial time. Signed by Judge Rosanna Malouf Peterson. (RG, Ops Supervisor) (Entered: 12/19/2016) |
| 12/16/2016 | 40 | WAIVER of Speedy Trial by Jose Alberto Abundiz (1) (Scott, Gregory) (Entered: 12/16/2016) |
| 12/14/2016 | 39 | Minute Entry for proceedings held before Judge Rosanna Malouf Peterson: Motion Hearing as to Jose Alberto Abundiz (1) held on 12/14/2016 re 37 MOTION to Expedite filed by Jose Alberto Abundiz, 36 MOTION to Continue filed by Jose Alberto Abundiz, Pretrial Conference as to Jose Alberto Abundiz (1) held on 12/14/2016. (Reported/Recorded by: Lynette F. Walters) (MF, Courtroom Deputy) (Entered: 12/14/2016) |
| 12/13/2016 | 38 | RESPONSE to Motion by USA re 36 MOTION to Continue as to Jose Alberto Abundiz (1). (Guzman, Alvin) (Entered: 12/13/2016) |
| 12/07/2016 | 37 | MOTION to Expedite by Jose Alberto Abundiz (1). Motion Hearing set for 12/14/2016 at 03:30 PM in Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. (Scott, Gregory) (Entered: 12/07/2016) |
| 12/07/2016 | 36 | MOTION to Continue by Jose Alberto Abundiz (1). Motion Hearing set for 12/14/2016 at 03:30 PM in Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. (Scott, Gregory) (Entered: 12/07/2016) |

| | | |
|---|---|---|
| 10/27/2016 | 35 | PRETRIAL ORDER as to Jose Alberto Abundiz (1); granting 29 Defendant's MOTION to Continue Trial; granting 30 MOTION to Expedite. Excludable delay from 10/03/16 to 10/26/16 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) and from 11/14/16 to 02/06/17 pursuant to 18 U.S.C. § 3161(h)(7). **Jury Trial reset for 2/6/2017 at 9:00 AM in Yakima, Washington, Courtroom 324, before Judge Rosanna Malouf Peterson. Pretrial Conference set for 12/14/2016 at 3:30 PM in Yakima, Washington, Courtroom 324, before Judge Rosanna Malouf Peterson. Second Pretrial Conference set for 1/12/2017 at 10:00 AM in Yakima, Washington, Courtroom 324, before Judge Rosanna Malouf Peterson.Final Pretrial Conference set for 2/6/2017 at 8:30 AM in Yakima, Courtroom 324, before Judge Rosanna Malouf Peterson.** Signed by Judge Rosanna Malouf Peterson. (PL, Case Administrator) (Entered: 10/27/2016) |
| 10/26/2016 | 34 | WAIVER of Speedy Trial by Jose Alberto Abundiz (CV, Case Administrator) (Entered: 10/26/2016) |
| 10/26/2016 | 33 | Minute Entry for proceedings held before Judge Rosanna Malouf Peterson: Pretrial Conference as to Jose Alberto Abundiz (1) held on 10/26/2016, Motion Hearing as to Jose Alberto Abundiz (1) held on 10/26/2016 re 29 MOTION to Continue *and Discovery Status Order* filed by Jose Alberto Abundiz, 30 MOTION to Expedite filed by Jose Alberto Abundiz. (Reported/Recorded by: Phyllis Lykken) (MF, Courtroom Deputy) (Entered: 10/26/2016) |
| 10/19/2016 | 32 | NOTICE OF CHANGE OF HEARING ON MOTION by Court (text-only entry; no PDF will issue) re ECF No. 29 , MOTION to Continue and Discovery Status Order. Pursuant to the Court's Pretrial Order at ECF No. 24 , motions shall be heard at the pretrial conference. Motion Hearing reset for 10/26/2016 at 09:45 AM Yakima Courtroom 324 before Judge Rosanna Malouf Peterson. (MS, Judicial Assistant) (Entered: 10/19/2016) |
| 10/03/2016 | 31 | STATUS REPORT *ON DISCOVERY* by USA as to Jose Alberto Abundiz (1) (Guzman, Alvin) (Entered: 10/03/2016) |
| 10/03/2016 | 30 | MOTION to Expedite by Jose Alberto Abundiz (1). Motion Hearing set for 10/5/2016 Without Oral Argument before Judge Rosanna Malouf Peterson. (Scott, Gregory) (Entered: 10/03/2016) |
| 10/03/2016 | 29 | MOTION to Continue *and Discovery Status Order* by Jose Alberto Abundiz (1). Motion Hearing set for 10/5/2016 Without Oral Argument before Judge Rosanna Malouf Peterson. (Scott, Gregory) (Entered: 10/03/2016) |
| 09/22/2016 | 28 | APPOINTMENT ORDER. Type of Appointment: CJA. IT IS ORDERED that Gregory Lee Scott is appointed to represent Jose Alberto Abundiz (1) in this matter. TEXT ONLY entry; no PDF document will issue. This text-only entry constitutes the court order or notice on the matter. Signed by Magistrate Judge Mary K. Dimke. (KW, Case Administrator) (Entered: 09/22/2016) |
| 09/19/2016 | 27 | Ex Parte ORDER as to Jose Alberto Abundiz. Applicable Party: Jose Alberto Abundiz. Signed by Judge Rosanna Malouf Peterson. (CV, Case Administrator) (Entered: 09/20/2016) |

| | | |
|---|---|---|
| 09/14/2016 | 26 | Minute Entry for proceedings held before Magistrate Judge Mary K. Dimke: Arraignment on Indictment held on 9/14/2016 as to Jose Alberto Abundiz (1) Count 1. Not Guilty plea entered on count 1. (Reported/Recorded by: FTR/Y-102) (PH, Case Administrator) (Entered: 09/14/2016) |
| 09/14/2016 | 25 | ACKNOWLEDGMENT OF NOTICE OF RIGHTS by Jose Alberto Abundiz (CV, Case Administrator) (Entered: 09/14/2016) |
| 09/14/2016 | 24 | PRETRIAL ORDER as to Jose Alberto Abundiz; Jury Trial set for **11/14/2016 at 09:00 AM in Yakima** Courtroom 324 before Judge Rosanna Malouf Peterson, with a Final Pretrial Conference at **8:30 AM**. Pretrial Conference set for **10/26/2016 at 09:45 AM in Yakima** Courtroom 324 before Judge Rosanna Malouf Peterson. Signed by Judge Rosanna Malouf Peterson. (CV, Case Administrator) (Entered: 09/14/2016) |
| 09/14/2016 | 23 | EX PARTE MOTION by Jose Alberto Abundiz (1). (Attachments: # 1 Text of Proposed Order)(Sporn, Jeremy) (Entered: 09/14/2016) |
| 09/14/2016 | 22 | ORDER Following Arraignment on Indictment as to Jose Alberto Abundiz. Signed by Magistrate Judge Mary K. Dimke. (CV, Case Administrator) (Entered: 09/14/2016) |
| 09/13/2016 | 21 | Penalty Slip - FORFEITURE NOTICE - as to Jose Alberto Abundiz (CV, Case Administrator) (Entered: 09/13/2016) |
| 09/13/2016 | 19 | INDICTMENT as to Jose Alberto Abundiz - Count 1. (CV, Case Administrator) (Entered: 09/13/2016) |
| 09/12/2016 | 18 | ORDER FOLLOWING PRELIMINARY HEARING as to Jose Alberto Abundiz (1). Status Hearing - MJ set for 9/14/2016 at 01:00 PM in Yakima Courtroom 102 before Magistrate Judge Mary K. Dimke. Signed by Magistrate Judge Mary K. Dimke. (KW, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/12/2016) |
| 09/12/2016 | 17 | Minute Entry for proceedings held before Magistrate Judge Mary K. Dimke: Probable Cause Hearing as to Jose Alberto Abundiz (1) held on 9/12/2016. (Reported/Recorded by: FTR/Y-102) (PH, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/12/2016) |
| 09/12/2016 | 16 | NOTICE OF ATTORNEY APPEARANCE: Jeremy B Sporn appearing for Jose Alberto Abundiz (1) (Attorney Jeremy B Sporn added to party Jose Alberto Abundiz(pty:dft))(Sporn, Jeremy) [1:16-mj-04190-MKD] (Entered: 09/12/2016) |
| 09/09/2016 | | Arrest of Jose Alberto Abundiz (1). (PH, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/09/2016) |
| 09/09/2016 | 15 | Arrest Warrant Returned Executed on 9/09/2016 as to Jose Alberto Abundiz (1). (PH, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/09/2016) |
| 09/09/2016 | 14 | ORDER FOLLOWING INITIAL APPEARANCE granting ECF NO. 7 Motion for Detention as to Jose Alberto Abundiz (1). Probable Cause Hearing set for 9/12/2016 at 01:00 PM in Yakima Courtroom 102 before Magistrate |

| | | |
|---|---|---|
| | | Judge Mary K. Dimke. Signed by Magistrate Judge John T. Rodgers. (PH, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/09/2016) |
| 09/09/2016 | 13 | ACKNOWLEDGMENT OF NOTICE OF RIGHTS by Jose Alberto Abundiz (1) (KW, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/09/2016) |
| 09/09/2016 | 12 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Jose Alberto Abundiz (1) (KW, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/09/2016) |
| 09/09/2016 | 10 | ORDER APPOINTING FEDERAL DEFENDER as to Jose Alberto Abundiz (1). On the basis of the sworn financial statement, the court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A. Text entry; no PDF document will issue. This text-only entry constitutes the court order on the matter. Signed by Magistrate Judge John T. Rodgers. (KR, Judicial Assistant) [1:16-mj-04190-MKD] (Entered: 09/09/2016) |
| 09/09/2016 | 9 | Minute Entry for VIDEO CONFERENCE proceedings held before Magistrate Judge Mary K. Dimke: Initial Appearance as to Jose Alberto Abundiz (1) held on 9/9/2016. Appearance entered by Federal Public Defender - YAK for Jose Alberto Abundiz on behalf of defendant. (Reported/Recorded by: FTR/Y-102) (PH, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/09/2016) |
| 09/08/2016 | 7 | MOTION for Detention by USA as to Jose Alberto Abundiz (1). (Guzman, Alvin) [1:16-mj-04190-MKD] (Entered: 09/08/2016) |
| 09/08/2016 | 6 | NOTICE OF HEARING - By Court as to Jose Alberto Abundiz (1). Text entry; no PDF attached. Initial Appearance on Complaint set for 9/9/2016 at 10:00 AM in Yakima Courtoom 102 via Videoconference before Magistrate Judge John T. Rodgers. (PH, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/08/2016) |
| 09/08/2016 | | Arrest of Jose Alberto Abundiz (1). (PH, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/08/2016) |
| 09/06/2016 | 4 | ORDER SEALING COMPLAINT granting 3 Motion to Seal Complaint as to Jose Alberto Abundiz (1). Signed by Magistrate Judge John T. Rodgers. (KW, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/07/2016) |
| 09/06/2016 | 3 | MOTION to Seal Complaint by USA as to Jose Alberto Abundiz (1). (KW, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/07/2016) |
| 09/06/2016 | 2 | Penalty Slip as to Jose Alberto Abundiz (1) (KW, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/07/2016) |
| 09/06/2016 | 1 | CRIMINAL COMPLAINT as to Jose Alberto Abundiz (1). (Attachments: # 1 Affidavit) (KW, Case Administrator) [1:16-mj-04190-MKD] (Entered: 09/07/2016) |